# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 55
Ester Lelchook, &c., et al.,
    Appellants,
        v.
Société Générale de Banque au
Liban SAL,
    Respondent.


Robert J. Tolchin, for appellants.
Brian J. Leske, for respondent.




Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of this Court's Rules of Practice, accepted and the issues presented are to be considered after briefing and argument. Chief Judge Wilson and Judges Rivera, Garcia, Singas, Cannataro, Troutman and Halligan concur.


Decided May 18, 2023